UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Karen Anderson
    Plaintiff

v.

Hotelsab, LLC, Andre Balazs Properties
a/k/a The Beach House, LLC, and
Andre Balazs
    Defendants

AFFIDAVIT OF SERVICE
15cv00712

-----------------------------------------------------------------X

STATE OF NEW YORK  )
                             .ss.:
COUNTY OF NEW YORK )

**Dean DiGregorio**, being duly sworn, deposes and says:

I am over eighteen years of age and I am not a party to this action. I am a duly licensed process server by the Department of Consumer Affairs, License # 1266217.

That on the 17th day of February 2015, at 3:33 pm, I served a copy of the Civil Cover Sheet, Summons in a Civil Action and Complaint upon Hotelsab, LLC, c/o CT Corporation System by personally delivering a copy of the same to Sattie Jairam, Process Specialist who is authorized to accept service for CT Corporation System at 111 Eight Avenue, New York, NY 10011.

Sattie Jairam is described as follows: A female with brown skin, black hair, between the age of 45-60 years, weighing approximately 100 to 150 pounds and approximately 5'0 to 5'6 in height.

_____
Process Server

Sworn to before me this
20th day of February 2015
_____
Notary Public

RACHEL BADAL
Notary Public, State of New York
No. 01BA6087097
Qualified in Kings County
Commission Expires Feb. 10, 2019