UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Karen Anderson

Plaintiff,

-v-

HotelsAB, LLC, Andre Balazs Properties a/k/a The Beach House LLC, and Andre Balazs

Defendant.

Case No. 15-cv-00712 (LTS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant HotelsAB, LLC     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: March 10, 2015

Signature of Attorney

**Attorney Bar Code:** NYS 1706415