

401 Park Avenue South
New York, NY 10016
p. 212.571.2000 f. 212.571.0505

930 Montgomery Street
San Francisco, CA 94133
p. 415.262.0096 f. 212.571.0505

www.ottingerlaw.com

**George D. Vallas**
george@ottingerlaw.com

March 17, 2015

**VIA ECF AND FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Anderson v. HotelsAB, LLC, et al.*, Civil Action No. 15-cv-00712 (LTS)(JLC)

Dear Judge Swain:

This firm represents the Plaintiff in the above-referenced matter. We write pursuant to Your Honor's Individual Practice 2(b)(iii) to notify Your Honor and counsel for Defendants that Plaintiff does not intend to amend her complaint in response to the arguments raised in Defendants' Motion to Dismiss (ECF # 6). Plaintiff will submit her opposition to that motion in accordance with Local Civil Rule 6.1.

Please do not hesitate to contact us should Your Honor require any further information.

Respectfully Submitted,

George Vallas

cc:    Kenneth W. Taber, Esq.