March 18, 2015

<u>Filed Via ECF and Courtesy Copy Via Facsimile</u>

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007 - 1312
Chambers Fax: (212) 805-0426

    Re:    *Anderson v. HotelsAB, et al.,* Civil Action No. 15-cv- 00712(LTS)(JLC)

Dear Judge Swain:

We represent Plaintiff Karen Anderson and Defendants HotelsAB, LLC ("HotelsAB") and Andre Balazs Properties a/k/a The Beach House LLC (collectively, "Defendants")[1] in the above-referenced matter.

We are writing to inform you that counsel for the parties consulted on March 16, 2015, and agreed to stay discovery while the Defendants' Motion to Dismiss, filed on March 10, 2015, is pending. The parties contemplate not exchanging initial disclosures or serving any other discovery until the Motion has been ruled upon. The parties are in agreement that such a stay is in the best interest of both parties and the Court given that the Motion to Dismiss, if granted, would dispose of the entire case as currently pled.

Accordingly, the parties respectfully request that the Court endorse this request to stay discovery without the necessity of a formal motion. The parties, however, will file a formal motion as the Court may direct.

Respectfully submitted,

Kenneth W. Taber
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, New York 10036
ph. (212) 858-1000
fax (212) 298-8405
kenneth.taber@pillsburylaw.com

George Vallas
The Ottinger Firm, P.C.
401 Park Avenue South
New York, New York 10016
ph. (212) 571 2000
fax (212) 571 0505
george@ottingerlaw.com

---

[1] Defendant Andre Balazs does not join in this letter as he has not yet been served with the Summons and Complaint.