April 24, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-2015
```

MEMO ENDORSED

Filed Via ECF and Courtesy Copy Via Facsimile

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007 - 1312
Chambers Fax: (212) 805-0426

    Re: *Anderson v. HotelsAB, et al.*, Civil Action No. 15-cv- 00712(LTS)(JLC)

Dear Judge Swain:

We represent Plaintiff Karen Anderson and Defendants HotelsAB, LLC ("HotelsAB") and Andre Balazs Properties a/k/a The Beach House LLC (collectively, "Defendants")[1] in the above-referenced matter.

We are writing to request that the initial conference of the parties, currently scheduled for May 1, 2015, at 11:45 a.m., be continued until after the Court has ruled on Defendants' pending (and fully briefed) Motion to Dismiss, which was filed on March 10, 2015. The parties are in agreement that a continuance of the initial conference of the parties is in the best interest of the parties and the Court given that the Motion to Dismiss, if granted, would dispose of the entire case as currently pled.

Accordingly, the parties respectfully request that the Court endorse this request to continue the initial conference of the parties without the necessity of a formal motion. The parties will file a formal motion, however, as the Court may direct.

Respectfully submitted,

Kenneth W. Taber
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, New York 10036
ph. (212) 858-1000
fax (212) 298-8405
kenneth.taber@pillsburylaw.com

George Vallas
The Ottinger Firm, P.C.
401 Park Avenue South
New York, New York 10016
ph. (212) 571 2000
fax (212) 571 0505
george@ottingerlaw.com

---

[1] Defendant Andre Balazs does not join in this letter as he has not yet been served with the Summons and Complaint.

The conference is adjourned to August 7, 2015, at 10:15AM.

**SO ORDERED:**

/s/ 4/24/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

501590878v1